**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6803**

———————

LARRY HENDRIX,

                              Petitioner - Appellant,

        versus

MARYLAND CORRECTIONAL TRAINING CENTER; ATTOR-
NEY GENERAL OF THE STATE OF MARYLAND,

                              Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-98-170-AW)

———————

Submitted:  July 30, 1998          Decided:  August 27, 1998

———————

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Larry Hendrix, Appellant Pro Se.  John Joseph Curran, Jr., Attorney
General, Richard Bruce Rosenblatt, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Hendrix v. Maryland Corr. Training Ctr., No. CA-98-170-AW (D. Md. May 7, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED